UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

            Plaintiffs,

            v.

BAYLOR UNIVERSITY,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-6360

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), LAWRENCE YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BAYLOR UNIVERSITY, with prejudice and without fees and costs.

Dated:  New York, New York
         October 10, 2022

                                                        **GOTTLIEB & ASSOCIATES**

                                                        /s/Michael A. LaBollita, Esq.

                                                 Michael A. LaBollita, Esq., (ML-9985)
                                                            150 East 18th Street, Suite PHR
                                                                   New York, NY 10003
                                                                       Phone: (212) 228-9795
                                                                         Fax: (212) 982-6284
                                                                       Michael@Gottlieb.legal

                                                                       *Attorneys for Plaintiffs*

SO ORDERED:
_____
United States District Court Judge
October 12, 2022